UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PUNCHBOWL, INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>AJ PRESS LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 2:21-cv-03010-SVW-MAR<br><br>**ORDER GRANTING AJ PRESS, LLC'S SUPPLEMENTAL APPLICATION TO FILE A PORTION OF ECF NO. 84-2 UNDER SEAL**<br><br>Assigned to: Judge Stephen V. Wilson<br><br>Action Filed: April 7, 2021 |

700101131

The Court finds that compelling reasons exist to file under seal and redact from publicly filed versions, specific portions of the following documents:

| Document | Page/Line Number | Party Requesting Sealing | Basis for Filing Under Seal |
|---|---|---|---|
| REDACTED Declaration of David H. Marenberg in support of AJ Press, LLC's Further Reply in support of Motion for Summary Judgment ("DHM Declaration"), filed as ECF No. 84-2 | 94 of 140 of the ECF-stamped page numbers | Punchbowl, Inc. | Declaration forthcoming per L.R. 79-5.2.2(b)<br><br>Competitively sensitive business information |

The information requested to be sealed reflects competitively sensitive and confidential information regarding Plaintiff's marketing strategies, the disclosure of which carries a substantial likelihood of causing competitive harm to Plaintiff.

Accordingly, IT IS HEREBY ORDERED that the portions of the above-identified documents that contain this information be sealed.

DATED: July 11, 2024

_____
Honorable Stephen V. Wilson
United States District Judge

700101131